OSCN Found Document:IN RE SUSPENSION OF CERTIFICATES OF CERTIFIED SHORTHAND REPORTERS

OSCN navigation

Home

Courts

Court Dockets

Legal Research

Calendar

Help

Previous Case

Top Of Index

This Point in Index

Citationize

Next Case

Print Only

IN RE SUSPENSION OF CERTIFICATES OF CERTIFIED SHORTHAND REPORTERS2014 OK 9Decided: 02/20/2014THE SUPREME COURT OF THE STATE OF OKLAHOMACite as: 2014 OK 9, __ P.3d __

FOR PUBLICATION IN OBJ ONLY. NOT RELEASED FOR PUBLICATION.

In re Suspension of Certificates of Certified Shorthand
Reporters
ORDER
Pursuant to Rules 20(b) and 23(d), the State Board of Examiners of Certified
Shorthand Reporters submitted the names of certified shorthand reporters who
have failed to pay the 2014 annual certificate renewal fee and/or to report the
2013 continuing education, as listed in the attached Exhibit, and recommended
the suspension of each reporter's certificate by order of this Court.
IT IS THEREFORE ORDERED that the certificate of each of the certified
shorthand reporters listed on the attached Exhibit is and shall remain suspended
for failure to pay the 2014 annual certificate renewal fee and/or to comply with
the continuing education requirements for calendar year 2013 until further order
of this Court.
DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE this 20th day of
February, 2014.
/S/CHIEF JUSTICE
ALL JUSTICES CONCUR
  
 
EXHIBIT to SCAD-2014-12
Rules 20(b) and 23(d) of the State Board of Examiners of Certified Shorthand
Reporters, Okla. Stat. tit. 20, ch.20, app. 1 (2011), require certified
shorthand reporters, on or before February 15th of each year, to pay
the annual certificate renewal fee authorized by section 1506 of title 20 and to
report the continuing education required by section 1503.1. The Rules operate to
suspend the certificates of reporters, effective February 16th of
each year, who do not timely pay and/or report.
The following persons have failed to pay the annual certificate renewal fee
for calendar year 2014:

S.J. Bailey
CSR # 109Steve Meador
CSR # 294Freddy Dale Leggett
CSR # 910Kevin Lee Idleman
CSR # 1652Lori A. Johnston
CSR # 1726Lainey Fergueson
CSR # 1934Marc Nichols
CSR # 1945Shanna M. McKay
CSR # 1958Ashleigh M. Cawthon
CSR # 1965 The following persons have failed to complete and report continuing education
form calendar year 2013:
Cheryl Kendall Brown
CSR # 1448Kelly Jean Bryant
CSR # 1476Lainey Fergueson
CSR # 1934Marc Nichols
CSR # 1945Shanna M. McKay
CSR # 1958Ashleigh M. Cawthon
CSR # 1965
 
 

Citationizer© Summary of Documents Citing This DocumentCite
Name
Level
Oklahoma Supreme Court Cases CiteNameLevel 2014 OK 32, RE: REVOCATION OF CERTIFICATES OF CERTIFIED SHORTHAND REPORTERSCitedCitationizer: Table of AuthorityCite
Name
Level
None Found.